**RECEIVED**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

MAR 3 1 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States of America ex rel.

__Eric Johnson #B-32514__
(Full name and prison number)
(Include name under which convicted)

PETITIONER

vs.

__Uchtman (Warden)__
(Warden, Superintendent, or authorized
person having custody of petitioner)

RESPONDENT, and

(Fill in the following blank <u>only</u> if judgment
attacked imposes a sentence to commence in the
future)

ATTORNEY GENERAL OF THE STATE OF
__Lisa Madigan__
(State where judgment entered)

CASE NO: **05C 1866**
(Supplied by Clerk of this Court)

JUDGE ASPEN

MAGISTRATE JUDGE ASHMAN

Case Number of State Court Conviction:
__90 CR 3212 (02)__

## PETITION FOR WRIT OF HABEAS CORPUS -- PERSON IN STATE CUSTODY

1. Name and location of court where conviction entered: __Circuit Court of Cook County Illinois__

2. Date of judgment of conviction: __January 15, 92__

3. Offense(s) of which petitioner was convicted (list all counts with indictment numbers, if known)
__Two counts of First Degree Murder and attempt Arm Robbery__

4. Sentence(s) imposed: __Natural Life__

5. What was your plea? (Check one)
   (A) Not guilty ( ✓ )
   (B) Guilty ( )
   (C) Nolo contendere ( )

If you pleaded guilty to one count or indictment and not guilty to another count or indictment, give details:

## PART I -- TRIAL AND DIRECT REVIEW

1. Kind of trial: (Check one):  Jury (✓)   Judge only ( )

2. Did you testify at trial?  YES ( )   NO (✓)

3. Did you appeal from the conviction or the sentence imposed? YES (✓) NO ( )

   (A) If you appealed, give the
   - (1) Name of court: First Judicial District Fifth Division
   - (2) Result: Affirmed Convictions
   - (3) Date of ruling: May 13, 1994
   - (4) Issues raised: Was not found guilty of murder more than one victim the trial court therefore erred in concluding he was obliged to sentence Mr Johnson to a natural life term.

   (B) If you did not appeal, explain briefly why not: _____

4. Did you appeal, or seek leave to appeal, to the highest state court?  YES (✓)   NO ( )

   (A) If yes, give the
   - (1) Result: Affirmed
   - (2) Date of ruling: 12-2-94
   - (3) Issues raised: Same issue raised in direct appeal

   (B) If no, why not: _____

5. Did you petition the United States Supreme Court for a writ of *certiorari*? Yes ( )  No (✓)

   If yes, give (A) date of petition: _____  (B) date *certiorari* was denied: _____

2

# PART II -- COLLATERAL PROCEEDINGS

1. With respect to this conviction or sentence, have you filed a post-conviction petition in state court?

YES (✓)   NO ( )

With respect to *each* post-conviction petition give the following information (use additional sheets if necessary):

A. Name of court: Circuit Court of Cook County, Ill

B. Date of filing: 8-21-96

C. Issues raised: Ineffective Counsel Sentencing Statute under which he was sentenced was unconstitutional

D. Did you receive an evidentiary hearing on your petition?   YES ( )   NO (✓)

E. What was the court's ruling? Denied, petition

F. Date of court's ruling: 4-27-99

G. Did you appeal from the ruling on your petition?   YES (✓)   NO ( )

H. (a) If yes, (1) what was the result? Affirmed

  (2) date of decision: 3-6-01

 (b) If no, explain briefly why not: _____

I. Did you appeal, or seek leave to appeal this decision to the highest state court?

YES (✓)   NO ( )

  (a) If yes, (1) what was the result? Affirmed

  (2) date of decision: 11-6-01

 (b) If no, explain briefly why not: _____

3

2. With respect to this conviction or sentence, have you filed a petition in a state court using any other form of post-conviction procedure, such as *coram nobis* or habeas corpus? YES (✓) NO ( )

   A. If yes, give the following information with respect to each proceeding (use separate sheets if necessary):

   1. Nature of proceeding  2/14/01 - Petition   Post Conviction
   2. Date petition filed   5-4-02
   3. Ruling on the petition   DENIED
   3. Date of ruling   6-7-02
   4. If you appealed, what was the ruling on appeal?   AFFIRMED
   5. Date of ruling on appeal   3-22-04
   6. If there was a further appeal, what was the ruling?   P.L.A. WAS DENIED
   7. Date of ruling on appeal   Oct 6-04

3. With respect to this conviction or sentence, have you filed a previous petition for habeas corpus in **federal court**?
   YES ( ) NO (✓)

   A. If yes, give name of court, case title and case number: _____

   B. Did the court rule on your petition? If so, state

   (1) Ruling: _____

   (2) Date: _____

4. **WITH RESPECT TO THIS CONVICTION OR SENTENCE, ARE THERE LEGAL PROCEEDINGS PENDING IN ANY COURT, OTHER THAN THIS PETITION?**

YES ( ) NO (✓)

If yes, explain: _____

4

## PART III -- PETITIONER'S CLAIMS

1. State briefly every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. You may attach additional pages stating additional grounds and supporting facts. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds later.

**BEFORE PROCEEDING IN THE FEDERAL COURT, YOU MUST ORDINARILY FIRST EXHAUST YOUR STATE COURT REMEDIES WITH RESPECT TO EACH GROUND FOR RELIEF ASSERTED.**

(A) Ground one: Petitioner was denied his right to due process and equal protection
Supporting facts (tell your story briefly without citing cases or law):

Under U.S. Con. Amend. V, VIII, XIV, a mandatory sentence of natural life in prison as applied to Eric Johnson (juvenile) violate the proportionate penalties clause, due process & equal protection under U.S. Con Amend V, VIII, XIV when the court imposed a natural life sentence for two count of murder as a juvenile under the theory of accountable.

(B) Ground two: Petitioner was denied V, VI, XIV,
Supporting facts:

U.S. Con Amend. Mr Johnson had received ineffective representation at his trial since his attorney had failed to present the testimony of eye witness (John Lewis) who would have exonerated Johnson, because John Lewis was in the alley when the offense occured. Nor have the attorney call eye witness Fernando Webb that testify in co. defendant trial that he saw (James Gibson) on the crime scene on the day of the murder's with a gun minute's for the murders took place

5

(C) Ground three _____
Supporting facts:

_____
_____
_____
_____
_____
_____
_____

(D) Ground four _____
Supporting facts:

_____
_____
_____
_____
_____
_____
_____

2  Have all grounds raised in this petition been presented to the highest court having jurisdiction?
   YES ( )   NO ( )

3. If you answered "NO" to question (16), state briefly what grounds were not so presented and why not:
_____
_____

## PART IV -- REPRESENTATION

Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(A) At preliminary hearing  Dont Remember Name of Attorney

(B) At arraignment and plea  Timothy Nace

(C) At trial  Timothy Nace

(D) At sentencing  Timothy Nace

(E) On appeal  Greg Koster Assistant Public Defender

(F) In any post-conviction proceeding  Jerry Namini (on appeal Kenneth L. Jones,

(G) Other (state): _____

## PART V -- FUTURE SENTENCE

Do you have any future sentence to serve following the sentence imposed by this conviction?

YES ( )   NO ( ✓ )

Name and location of the court which imposed the sentence:  Circuit Court of Cook County IL

Date and length of sentence to be served in the future _____

WHEREFORE, petitioner prays that the court grant petitioner all relief to which he may be entitled in this proceeding.

Signed on: 3-28-05
(Date)

_____
Signature of attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.

Eric Johnson
(Signature of petitioner)

B-32514
(I.D. Number)

Menard C.C. P.O. Box 711
(Address)

7



IN THE UNITED STATES DISTRICT COURT
FOR THE **Northern** DISTRICT OF ILLINOIS

| | |
|---|---|
| **Eric, Johnson** <br> Plaintiff, <br><br> v. <br><br> **Alan, Uchtman** <br> **Warden** <br> Defendants. | ) <br> ) <br> ) <br> ) No. **90 CR 3212 (02)** <br> ) <br> ) <br> ) The Honorable <br> ) **Stanley Sacks**, <br> ) Judge Presiding. |

## NOTICE OF FILING

TO: **Lisa Madigan**
**Attorney General of Illinois**
**100 W Randolph Street 12th Floor**
**Chicago, Illinois 60601**

PLEASE TAKE NOTICE that on or before the **28** day of **March**, **2005**, I shall file with the Clerk of the U.S. District Court For The **Northern** District of Illinois, the attached Plaintiff's **Writ of Habeas Corpus Petition** a copy of which is hereby served upon you.

By: **Eric Johnson**
Register Number **B-32314**
Post Office Box 711,
Menard, Illinois 62259

## CERTIFICATE OF SERVICE

I, **Eric Johnson**, being duly sworn aver that I have served copies of the foregoing to the person named above by placing such copies in the U.S. Mailbox at the Menard Correctional Center on the **28** day of **March**, **2005**; postage prepaid. UNDER THE PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT.

**Eric Johnson**
Affiant/